App. Div.]                    First Department, November, 1927.

and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THOMAS JEFFERSON BRITTON v. ALBERT OTTINGER, Individually and as Attorney-General of the State of New York.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Application of WILLIAM R. KLEIN, for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of JOSEPH WOERNDLE for Admission to the Bar.— Referred to the committee on character and fitness.— Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ALEXANDER CITY BANK v. THE EQUITABLE TRUST COMPANY OF NEW YORK and Another.— Motion granted, and the time of the defendant The Equitable Trust Company of New York in which to file its points extended to and including November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ALEXANDER CITY BANK v. THE EQUITABLE TRUST COMPANY OF NEW YORK and Another.— Motion granted, and the time of the defendant Joseph Mercadante in which to file his points extended to and including November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, re Eastern Boulevard South of Baisley Street. (Public School No. 14, Borough of The Bronx.)— Motion to confirm referee's report granted. Settle order on notice. Present — Finch, McAvoy, O'Malley and Proskauer, JJ.

EMMA FRIEDMAN v. DAVID FRIEDMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

LEE DE FOREST, Appellant, v. THEODORE LUCE, Defendant. ROY A. WEAGANT, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LEE DE FOREST, Appellant, v. THEODORE LUCE, Respondent. ROY A. WEAGANT, Defendant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE ROYAL BANK OF CANADA, Appellant, v. MANUEL LOPEZ, Trading under the Name of M. LOPEZ & COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MARGARET KEANE, as Administratrix, etc., of JOHN KEANE, Deceased, Respondent, v. NINTH AVENUE RAILROAD COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; McAvoy and Martin, JJ., dissent and vote for reversal.